# Michael Faillace & Associates, P.C.
*Employment and Litigation Attorneys*

| | | |
|---|---|---|
| 60 East 42nd Street, Suite 4510<br>New York, New York 10165 | | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

michael@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2019
```

**MEMO ENDORSED**

April 19, 2019

**Via ECF**
Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Ramirez Suarez et al v. Mountain Farms, Inc. et al;
              18-cv-05298 (VEC)

Your Honor:

      This office represents Plaintiff Jorge Fredy Ramirez Suarez ("Plaintiff") in the above referenced matter. Plaintiff writes to provide additional information, as directed by the Court's order dated April 8, 2019. I apologize for the delay in submitting this letter.

      As to the employment records produced by Defendants, Defendants produced time clock records which purport to record the daily hours Plaintiff worked and the pay he received from 2013 to 2018. If credited the records undermine Plaintiff's claim that he was paid a fixed weekly salary from November 2012 until December 2015. Moreover, the records if credited appear to undermine Plaintiff's allegation that he was not at the proper minimum and overtime rate after December 2015. A sample of the records is annexed as Exhibit A. Plaintiff contested the authenticity and validity of the records, but recognized that a factfinder may credit the records.

      Regarding the eighteen month payout, that was agreed to as part of the settlement based largely on Defendants' representations about their inability to pay the settlement amount of $30,000 on a faster schedule. In addition to the representations, Plaintiff's counsel was aware that the Defendants have other settlements, including accepted offers of judgment in the action *Baten*

*Certified as a minority-owned business in the State of New York*

Page 2

*Escalante v. Mountain Farms, Inc.*, 17-cv-8370 (ALC) in the amount of $20,499.54 plus attorneys fees and interest (motion pending), and a settlement with defendant Paul Previti in the action *Davalos v. Previti Pizza Corp.*, 18-cv-3635 (RJS) in the amount of $60,000, which is currently being paid out over a twelve month period. No further diligence was performed regarding Defendants' financial condition. The settlement was reached after a lengthy mediation and only after Plaintiff believed they could not obtain more favorable terms

    I note that Colin Mulholland, the attorney who handled this litigation, has left our firm. (See Dkt. No. 42) I was not personally involved in the settlement negotiation, or the case as a whole. The information I am providing is based on a conversation with Mr. Mulholland and my review of the file.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    /s/Joshua S. Androphy
    Joshua S. Androphy
    MICHAEL FAILLACE & ASSOCIATES, P.C.
    Attorneys for the Plaintiff

Enclosures

---

The parties' settlement is APPROVED. Although the Court finds some of the rates and hours used in the lodestar calculation to be excessive, the fee remains reasonable as compared to a properly-calculated lodestar. Accordingly, the Court finds this settlement to be fair and reasonable.

The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
4/29/2019